December 15, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

TERRI NGUYEN, Appellant

NO. 14-15-00861-CV  V.

SERGIO ANDRES MONTOYA, Appellee

_____

Today the Court heard its own motion to dismiss this appeal. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Terri Nguyen.

We further order this decision certified below for observance.